United States District Court
For the Northern District of California

1

2

3                                                    *E-FILED ON 8/24/06*

4

5

6

7                              NOT FOR CITATION

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11  ACCESSIBILITY FOR ALL, INC. and          No. C05-04128 HRL
    NELSON M. STERN,
12                                            **ORDER GRANTING SECOND**
              Plaintiffs,                     **STIPULATED REQUEST FOR**
13                                            **ADMINISTRATIVE RELIEF FROM**
      v.                                      **CASE MANAGEMENT ORDER**
14
    HILTON SAN JOSE & TOWERS, HILTON
15  SAN JOSE HOTEL, HILTON HOTELS
    CORPORATION, SAN JOSE
16  REDEVELOPMENT AGENCY/WEST
    HOTEL,
17            Defendants.
    _____/
18

19          On July 27, 2006, this court granted the parties' first stipulated request for relief from

20  the court's prior case management order.  The July 27, 2006 order nevertheless extended certain

21  deadlines in the event the case did not settle by mid-August 2006.  The parties now jointly

22  request an additional four weeks in which to finalize their settlement.  Upon consideration of

23  the parties' stipulated request, and good cause appearing, IT IS ORDERED THAT their request

24  is GRANTED.

25          However, if the case has not settled, plaintiffs shall file a "Notice of Need for

26  Mediation" no later than **September 29, 2006**, and the parties shall complete their initial

27  disclosures, including defense disclosures re construction or alteration history of the subject

28  premises no later than **October 13, 2006**.  If the case does not resolve at mediation, plaintiff

1   shall, within seven calendar days of the mediation, file a Motion for Administrative Relief

2   pursuant to L.R. 7-11 requesting a Case Management Conference.

3          Any party who wishes to be relieved of any requirement of this order may file a Motion

4   for Administrative relief pursuant to Civil L.R. 7-11.

5          IT IS SO ORDERED.

6   Dated:   August 24, 2006

7   _____

8   HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

**United States District Court**

For the Northern District of California

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**5:05-cv-4128 Notice will be electronically mailed to:**

Kirk B. Freeman kirk@KBFLaw.com

Sharon S. Kirsch skirsch@mfmlaw.com, hanger@mfmlaw.com

Nelson Michael Stern scooterlawyer@aol.com, scooterlawyer@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**