1  SHARON KIRSCH (157157)
   ROSALIA CARVAJAL WARREN (228958)
2  McMANIS FAULKNER & MORGAN
   A Professional Corporation
3  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
4  Telephone:   (408) 279-8700          *E-FILED: 4/20/2007*
   Facsimile:   (408) 279-3244
5
   Attorneys for Defendant,
6  West Hotel Partners, L.P. dba HILTON
   SAN JOSE AND TOWERS
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11 ACCESSIBILITY FOR ALL, INC. a New      Case No. C05-04128- HRL
   York Corporation, and NELSON M.
12 STERN, Individually,

13          Plaintiffs,                   **STIPULATION AND ORDER RE: DISMISSAL**

14 vs.

15 HILTON SAN JOSE & TOWERS, HILTON
   SAN JOSE HOTEL, HILTON HOTELS
16 CORPORATION, SAN JOSE               Judge:  Hon. Howard R. Lloyd
   REDEVELOPMENT AGENCY/WEST           Action Filed: October 12, 2005
17 HOTEL,

18          Defendants.

19
                              **STIPULATION**
20
        IT IS HEREBY STIPULATED by and between the parties, through their respective
21
   counsel, pursuant to Fed. R. Civ. P. 41(a), that this case shall be dismissed with prejudice, each
22
   party to bear his/its own attorneys fees and costs.
23

24

25 DATED: April 20, 2007                          McMANIS FAULKNER & MORGAN
26
                                                  _Sharon Kirsch_
27                                                _____
                                                  SHARON KIRSCH
28                                                Attorneys for Defendant

                                            1

1

2

3  DATED: April 16, 2007

4

5  _____
   NELSON STERN
   Attorneys for Plaintiff

6

7  IT IS SO ORDERED.

8

9  DATED: April 20, 2007

10 _____
   HONORABLE HOWARD R. LLOYD
   United States District Judge
11 Magistrate

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Accessibility for All, Inc. vs. Hilton San Jose & Towers; C05-04128
STIPULATION AND ORDER RE DISMISSAL