1   SHARON KIRSCH (157157)            **\*ORDER E-FILED 7/17/2009\***
    McMANIS FAULKNER
2   A Professional Corporation
    50 West San Fernando Street, 10th Floor
3   San Jose, California 95113
    Telephone:     (408) 279-8700
4   Facsimile:     (408) 279-3244
    Email: skirsch@mcmanisfaulkner.com
5
    Attorneys for Defendant,
6   HILTON SAN JOSE AND TOWERS

7                 UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10  ACCESSIBILITY FOR ALL, INC. a New        Case No. C05-04128- HRL
    York Corporation, and NELSON M.
11  STERN, Individually,

12        Plaintiffs,                         **STIPULATION AND ORDER RE:
                                              AMENDMENT TO CONSENT DECREE
13  vs.                                       AND ORDER ENTERED ON OCTOBER
                                              3, 2006**
14  HILTON SAN JOSE & TOWERS, HILTON
    SAN JOSE HOTEL, HILTON HOTELS
15  CORPORATION, SAN JOSE
    REDEVELOPMENT AGENCY/WEST
16  HOTEL,                                    **JUDGE:   Hon. Howard R. Lloyd
                                              ACTION FILED: October 12, 2005**
17        Defendants.                         **ACTION DISMISSED: April 20, 2007**

18

19                       <u>STIPULATION</u>

20        WHEREAS a Consent Decree and Order was entered by this Court on October 3, 2006

21  ("Consent Decree") which set forth a settlement of this action, including the injunctive relief

22  agreed upon by the parties.  Said injunctive relief was itemized and attached to the Consent

23  Decree as Exhibit B;

24        WHEREAS the Consent Decree provided that the Court would retain jurisdiction of the

25  action for a period of three years, or until the injunctive relief contemplated by the Consent

26  Decree was completed, whichever occurred later; and

27        WHEREAS an error was discovered on Exhibit B and the parties have agreed to amend

28  the Consent Decree to correct that error as set forth below.

_____
                                                 1

1       IT IS HEREBY STIPULATED by and between the parties, through their respective

2   counsel, that Exhibit B to the Consent Decree be amended as follows:

3       The Comments reflected for Fac # 1, ID number 2470 shall be deleted in their entirety

4   and the following statement put in its place: "The detectable warnings are substantially in

5   compliance as built and to require modification would be unduly burdensome.  Therefore, no

6   further action is required."

7

8   DATED: July **15**, 2009                McMANIS FAULKNER

9

10                         *Sharon Kirsch*

11                         SHARON KIRSCH
                          Attorneys for Defendant

12

13

14   DATED: July **13**, 2009

15

16                         NELSON STERN
                        Attorneys for Plaintiff

17

18   IT IS SO ORDERED.

19

20   DATED: July **17**, 2009

21

22                       HONORABLE HOWARD R. LLOYD
                      United States XXXXXXJudge
                          Magistrate

23

24

25

26

27

28

Accessibility for All, Inc. vs. Hilton San Jose & Towers; C05-04128
STIPULATION AND ORDER RE AMENDMENT TO CONSENT DECREE AND ORDER